UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     FAITH L. DEMYERS          CASE NO.    11-00978-ee

         DEBTOR                            CHAPTER   7

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXAMINE REASONABLENESS OF FEE AND FOR IMPOSITION OF FINE FOR NONCOMPLIANCE WITH 11 U.S.C. § 110

This matter came on for hearing on the United States Trustee's Motion to Examine Reasonableness of Fee and for Imposition of Fine for Noncompliance with 11 U.S.C. § 110 (Dkt. # 19) and the Court having considered same finds that the parties have reached an agreement, as evidenced by their signatures below. Having duly considered the matter and the agreement of the parties, the Court hereby finds that the United States Trustee's Motion to Examine Reasonableness of Fee and for Imposition of Fine for Noncompliance with 11 U.S.C. § 110 should be granted as set forth herein, therefore,

**IT IS ORDERED** that State DPS, LLC, (hereinafter " State DPS") and Richard Parker (hereinafter "Parker") are petition preparers within the meaning of 11 U.S.C. § 110(a). Furthermore, the fee paid to State DPS and/or Parker for typing the Debtor's petition, schedules and statements is excessive.

**IT IS FURTHER ORDERED** that State DPS and/or Parker shall within twenty (20) days of the entry of this order pay to the chapter 7 trustee, J. Stephen Smith, the total sum of $349.00.

**IT IS FURTHER ORDERED** that State DPS and Parker shall be and are hereby fined

the total sum of $2,500.00 due to their failure to comply with 11 U.S.C. § 110(b)(1), however, payment of said fine shall be and is hereby suspended conditioned upon State DPS's and Parker's compliance with the terms and conditions of this order and future compliance with 11 U.S.C. § 110 should State DPS and/or Parker continue to act as bankruptcy petition preparers.

**IT IS FURTHER ORDERED** that should State DPS and/or Parker violate the terms and conditions of this order and/or commit future violations of 11 U.S.C. § 110 State DPS and Parker shall be fined and sanctioned the total sum of $2,500.00.

**IT IS FURTHER ORDERED** that the provisions of this order shall not apply to any case filed by Yvonne Holland wherein State DPS and/or Parker acted as a Bankruptcy Petition Preparer.

**SO ORDERED.**

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: June 8, 2011

APPROVED AND AGREED TO:

State DPS, LLC
By: Richard Parker

Richard Parker

Ronald H. McAlpin (MSB #2182)
Assistant U. S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Telephone: (601) 965-5247
Fax: (601) 965-5226
Email: